UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANDON RODRIGUEZ,

     Plaintiff,

v.                             Case No.:  2:23-cv-1102-SPC-DNF

KEVIN RAMBOSK, *et al.*,

     Defendants.

## **ORDER**

This case is before the Court *sua sponte*.  After ruling on summary judgment in this case and a companion case—*Vincent Rodriguez v. Rambosk*, case number 2:23-cv-1103-SPC-DNF ("*Vincent* case")—the Court expressed its intent to consolidate the two cases (Doc. 114; *Vincent* case at Doc. 129) given both cases involve common questions of law and fact.  The parties in each case consented to consolidation.  (Doc. 115; *Vincent* case at Doc. 130).[1]  Accordingly, the Court finds consolidation for trial is appropriate under Federal Rule of Civil Procedure 42(a)(1).  The Court thus exercises its discretion to consolidate the cases for trial.[2]  *See Pigott v. Sanibel Dev., LLC*, No. CIV.A. 07-0083-WS-

---

[1] Defendants consented orally during a status conference with Magistrate Judge Nicholas P. Mizell.  (Doc. 113; *Vincent* case at Doc. 128).

[2] The Court set a May 11, 2026, settlement conference in both cases, which the parties agreed to conduct together.  (Doc. 117; *Vincent* case at Doc. 132).  This Order does not affect or alter the settlement conference.

C, 2007 WL 3245019, at *1 (S.D. Ala. Nov. 1, 2007) ("The law is clear that district courts are authorized to consolidate cases for trial sua sponte, without a motion from the parties.").

Accordingly, it is now

**ORDERED:**

1.    The Clerk is **DIRECTED** to **CONSOLIDATE** this case, 2:23-cv-1102-SPC-DNF, and 2:23-cv-1103-SPC-DNF.

2.    The Court designates this case, 2:23-cv-1102-SPC-DNF, as the lead case.  All subsequent filings must be made in the lead case.

3.    The Clerk is **DIRECTED** to docket notice of this Order in 2:23-cv-1103-SPC-DNF.  The Clerk is further **DIRECTED** to deny any pending motions as moot in that case, terminate any deadlines in that case, and administratively close the file.

4.    The Court will issue a trial scheduling order under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on April 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2