UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VINCENT RODRIGUEZ,

      Plaintiffs,

      v.

KEVIN RAMBOSK, ET AL.

      Defendants,

Case No. 2:23-cv-1102-KCD-KRH
Case No. 2:23-cv-1103-KCD-KRH
(consolidated)

## <u>ORDER</u>

This case is set for a jury trial beginning July 14, 2026. Plaintiff's counsel, David Fraguio, and defense counsel, Gregory Jolly and Kyle Bermingham, moved at the Final Pretrial Conference on July 10, 2026, for leave to bring laptops, cellphones, and related chargers and accessories into the courthouse for use during the trial. The oral motion is GRANTED, and the devices are subject to screening by the United States Marshals Service or its Court Security Officers. All phones must be on silent while in the courthouse. The parties are directed to present a copy of this Order when proceeding through the security checkpoint in the courthouse lobby.

**ORDERED** in Fort Myers, Florida, on July 10, 2026.

Kyle C. Dudek
United States District Judge